UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 1 6 2008
MAGISTRATE JUDGE
MORTON DENLOW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No: 08 CR 562 |
| vs. | ) Magistrate Judge Denlow |
| | ) |
| CHRISTOPHER BAINES, | ) |
| CHRISTINE BURGOS, | ) **UNDER SEAL** |
| CRAIG SMITH, and | ) |
| CHARLES PARKER | ) |

## GOVERNMENT'S MOTION TO SEAL CRIMINAL COMPLAINT, AFFIDAVIT AND ARREST WARRANT

The UNITED STATES OF AMERICA, by its attorney PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, Eastern Division, hereby moves the Court to seal the Criminal Complaint, Affidavit, and Arrest Warrant in the above-captioned case until 5:00 p.m. on August 18, 2008 or until the arrest of Christopher Baines, Christine Burgos, Craig Smith and Charles Parker, whichever occurs first. In support of this motion, the government states as follows:

The government intends to conduct the arrest of Baines, Burgos, Smith and Parker during the next 30 days. Disclosure of the information contained in the Criminal Complaint, Affidavit and Arrest Warrant would jeopardize the ability to make this arrest. The government requests that law enforcement officers be allowed to enter the warrant into law enforcement databases while the Complaint, Affidavit and Warrant are under seal.

WHEREFORE, the United States respectfully requests that the Criminal Complaint, Affidavit and Arrest Warrant in this matter be sealed until 5:00 p.m. on August 18, 2008 or the arrest of Baines, Burgos, Smith and Parker, whichever occurs first.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney

By: *[signature]*
**Lindsay C. Jenkins**
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-0962