# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 562- 1-4 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Christopher Baines, Christine Bugos, Craig Smith and Charles Parker | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Christopher Baines, Christine Bugos, Craig Smith and Charles Parker. Government's motion to seal criminal complaint, affidavit, and arrest warrants until 8/18/08 or the arrest of Christopher Baines, Christine Bugos, Craig Smith and Charles Parker, whichever occurs first, is granted. Enter Order.

■ [ For further detail see separate order(s).]

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL 17 AM 8:18
FILED