# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | Morton Denlow | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
| **CASE NUMBER** | 08 CR 562 - 2 | **DATE** | 7/28/2008 |
| **CASE TITLE** | USA vs. Christine Burgos | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant self-surrendered 7/28/08 at noon. Defendant informed of her rights. Attorney Donna B. Makowski is given leave to file her appearance as retained counsel. Defendant to remain in custody pending bond hearing set for 7/29/08 at 2:30 p.m. Preliminary examination set for 8/15/08 at 3:00 p.m.

Docketing to mail notices.

00:20

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | VKD |

U.S. DISTRICT COURT
2008 JUL 29 PM 5: 35