## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 562 - 2 | **DATE** | 7/29/2008 |
| **CASE TITLE** | USA vs. Christine Burgos | | |

**DOCKET ENTRY TEXT**

The Court was advised by the Government's counsel that the Defendant has not yet retained counsel of her choosing. Bond hearing set for 7/29/08 at 2:30 p.m. is stricken. Bond hearing reset to 7/31/08 at 9:45 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|