## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 562 - 2 | **DATE** | 8/1/2008 |
| **CASE TITLE** | USA vs. Christine Burgos | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Status hearing set for 8/11/08 at 10:00 a.m. for hearing regarding secured bond. Enter Order Setting Conditions of Release.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | VKD |
|---|---|---|