## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 562 - 2 | **DATE** | 7/31/2008 |
| **CASE TITLE** | USA v. Christine Burgos | | |

**DOCKET ENTRY TEXT**

Bond hearing set for 7/31/08 at 9:45 a.m. is stricken. Bond hearing reset for 8/1/08 at 1:00 p.m. Steven R. Shanin is appointed to represent the defendant. Donna Makowski is given leave to withdraw her appearance as defendant's counsel.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|