## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Morton Denlow | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 562 - 2 | **DATE** | 8/11/2008 |
| **CASE TITLE** | USA vs. Christine Burgos | | |

**DOCKET ENTRY TEXT**

Case called for hearing regarding status of bond.  Hearing continued to 8/26/08 at 10:00 a.m.  Defendant waives preliminary examination.  Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.  Bond to stand.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | VKD |
|---|---|---|