## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Morton Denlow | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 562 - 2 | **DATE** | 8/26/2008 |
| **CASE TITLE** | USA vs. Christine Burgos | | |

**DOCKET ENTRY TEXT**

Pursuant to a request by the parties, hearing regarding status of bond set for 8/26/08 at 10:00 a.m. is stricken. Hearing set for 9/3/08 at 10:30 a..m. Bond to stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|