AUSA Thomas D. Shakeshaft (312) 886-0667
AUSA Lindsay C. Jenkins, (312) 353-0962

## UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

CHRISTINE BURGOS

**FILED**
September 2, 2008
SEP 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 08 CR 562

UNDER SEAL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Christine Burgos__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment  __Information  _X_ Complaint  __Order of court  __Violation Notice  __Probation Violation Petition

charging him or her with  (brief description of offense)

**conspiring with others to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, namely, in excess of one kilogram of a mixture and substance containing heroin, a Schedule I Narcotic Drug Controlled Substance;**

in violation of Title __21__ United States Code, Section(s) __846__

Morton Denlow
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_Morton Denlow_ (signature)
Signature of Issuing Officer

Chicago, Illinois
July 16, 2008
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |